UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TOKYO ELECTRON LIMITED,<br><br>               Plaintiffs,<br><br>   v.<br><br>SPANSION, INC.,<br><br>               Defendants.<br>_____ | Case No.: C 09-00502 PVT<br><br>**ORDER FOR REASSIGNMENT TO A DISTRICT COURT JUDGE** |

      On February 5, 2009, plaintiff Tokyo Electron Limited applied *ex parte* for a right to attach order pursuant to Rule 64 and California Code of Civil Procedure Sections 483.010, 485.010 and 485.219 and noticed a hearing for February 10, 2009. ("Tokyo Electron"). Plaintiff Tokyo Electron has consented to the jurisdiction of a U.S. Magistrate Judge. Defendant Spansion, Inc. has not appeared and therefore, has not yet consented. ("Spansion").

      "[A] judge may designate a magistrate judge to hear and determine any pretrial matter pending before the court, except a motion for injunctive relief . . . ." 28 U.S.C. § 636(b)(1)(A). "Upon consent of the parties, a full-time United States magistrate judge . . . may conduct any or all proceedings in a jury or nonjury civil matter and order the entry of judgment in the case, when specially designated to exercise such jurisdiction by the district court or courts he serves." 28

1  U.S.C. § 636(c)(1).

2     In light of the nature of the relief sought by plaintiff Tokyo Electron and absent consent of
3  defendant Spansion, the court is without jurisdiction to proceed on the application.  Accordingly, the
4  above-captioned action shall be reassigned to a district court judge.

5     IT IS SO ORDERED.

6  Dated:  *February 5, 2009*

   *Patricia V. Trumbull*
   _____
   PATRICIA V. TRUMBULL
   United States Magistrate Judge