**E-FILED on** __02/10/09__

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TOKYO ELECTRON LIMITED,<br><br>    Plaintiff,<br><br>    v.<br><br>SPANSION, INC.,<br><br>    Defendants. | No. C-09-00502 RMW<br><br>ORDER DENYING MOTION TO PROCEED EX PARTE<br><br>**[Re Docket No. 9]** |

    Plaintiff Tokyo Electron Limited ("TEL") seeks to proceed *ex parte* in their application for a right to attach order against Spansion, Inc. ("Spansion"). Under Local Rule 7-10, a party may file a motion ex parte only if permitted by law, and if the party has complied with the applicable provision. Civ. L.R. 7-10. Under the California Code of Civil Procedure § 485.210, a plaintiff

1  seeking a right to attach order *ex parte* must show that grave or irreparable injury would result if the
2  order were delayed until the matter could be heard on notice.
3      TEL states in their motion that irreparable injury will result because Spansion has publicly
4  announced that it has "initiated discussions to begin an organized process of potential balance sheet
5  restructuring opportunities" and will delay making certain payments on other obligations.  Notice of
6  Ex Parte Application for Right to Attach Order 4, Ex. C.  TEL also states that their right to recovery
7  "cannot seriously be disputed."  *Id.*   The court is not persuaded that Spansion's initiation of
8  discussions to begin balance sheet restructuring adequately shows that, if Spansion were given
9  notice of TEL's application for a right to attach order, grievous or irreparable injury would result.
10     TEL may therefore re-file the application for a right to attach order for a hearing date in
11 accordance with Local Rule 7-2.  The court will consider a motion to shorten time in accordance
12 with Local Rule 6-1 if it is filed.

16 DATED:     02/09/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

1  **Notice of this document has been electronically sent to:**

2  **Counsel for Plaintiff:**

3  Daniel J. Herling        herling@khlaw.com

4  **Counsel for Defendants:**

5  No appearance filed.

6

7  Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

10  **Dated:**    02/10/09                      JAS
    **Chambers of Judge Whyte**

**United States District Court**
For the Northern District of California

3